THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER HENEHAN and LORI HENEHAN,<br><br>Paintiffs,<br><br>v.<br><br>PENN ANTHRACITE COLLIERS CO., and AMCO INSURANCE COMPANY, d/b/a NATIONWIDE MUTUAL INSURANCE CO.,<br><br>Defendants. | : CIVIL ACTION NO. 3:22-CV-466<br>: (JUDGE MARIANI)<br>: (Magistrate Judge Carlson) |

## ORDER

AND NOW, THIS 28th DAY OF JULY 2023, upon consideration of Magistrate Judge Martin C. Carlson's Report and Recommendation ("R&R") (Doc. 26) and all relevant documents for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 26) is **ADOPTED** for the reasons stated therein;

2. Defendant's Motion to Dismiss Counts I and III of the First Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(f) (Doc. 18) is **GRANTED**;

3. Counts I and III of Plaintiff's First Amended Civil Action Complaint (Doc. 17) are **DISMISSED WITHOUT PREJUDICE**;

4. Plaintiffs may file an amended complaint as set forth in the R&R (Doc. 26 at 18) **within fourteen (14) days** of the date of this Order.

_____
Robert D. Mariani
United States District Judge